UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARCELO ARIEL GERMAN,<br>ABIR GERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>KAMSING V. LEE Director, US Citizenship and Immigration Services, Indianapolis Field Office,<br><br>Defendant. | ) | No. 1:25-cv-00962-JPH-TAB |

**ORDER REMANDING CASE**

Plaintiffs brought this case in May 2025 seeking an order declaring that they are entitled to be naturalized because United States Citizenship and Immigration Services ("USCIS") failed to process their applications within the required time. Dkt. 1. Defendant has filed a motion to remand to USCIS for further proceedings. Dkt. 16. Plaintiffs oppose the motion in part, requesting that this Court adjudicate their applications or "remand them with strict instructions to the Defendant to provide Plaintiffs with a meaningfully expeditious process by which their applications will be *finally* resolved." Dkt. 17. Defendant did not file a reply addressing Plaintiffs' request.

This Court has jurisdiction to "remand the matter, with appropriate instructions, to [USCIS] to determine" Plaintiffs' applications. 8 U.S.C. § 1447(b). The Court **GRANTS** the motion to remand and, because of the delay in determining Plaintiffs' applications, instructs USCIS to finally determine

Plaintiffs' applications **by January 16, 2026.**[1] Dkt. [16]; *see I.N.S. v. Orlando Ventura*, 537 U.S. 12, 16 (2002) ("Generally speaking, a court of appeals should remand a case to an agency for decision of a matter that statutes place primarily in agency hands."); *Amar v. Jaddou*, No. 22-3227, 2023 WL 2072081 at *2 (C.D. Ill. Feb. 17, 2023) (remanding and requiring USCIS to issue a final decision within 45 days).

Final judgment will issue by separate entry remanding the applications to USCIS. If USCIS does not timely determine Plaintiffs' applications, they may again remove the applications to this Court by filing a motion to reopen this case. *See* 8 U.S.C. § 1447(b).

The Court orders the government to effectuate the remand and provide the record to USCIS.

**SO ORDERED.**

Date: 12/2/2025

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

United States Citizenship and Immigration Services
1099 North Meridian Street
10th Floor
Indianapolis, IN 46204

[1] Plaintiffs also request an order that USCIS expeditiously process any agency appeal if their applications are denied. Dkt. 17 at 3. The Court declines that request as it is speculative and Plaintiffs have not shown that it is within the scope of instructions authorized by 8 U.S.C. § 1447(b).