UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARCELO ARIEL GERMAN,<br>ABIR GERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>KAMSING V. LEE Director, US Citizenship and Immigration Services, Indianapolis Field Office,<br><br>Defendant. | ) | No. 1:25-cv-00962-JPH-TAB |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court **ENTERS JUDGMENT** in favor of Plaintiffs under Federal Rule of Civil Procedure 58. The Court **REMANDS** this matter to United States Citizenship and Immigration Services for final determination of Plaintiffs' applications for naturalization by January 16, 2026.

Date: 12/2/2025

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: Carina Weed
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel .

United States Citizenship and Immigration Services
1099 North Meridian Street 10th Floor
Indianapolis, IN 46204